UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

CASE NO.: CV 17-01544 SJO(SKx)　　　DATE: May 25, 2017

TITLE: <u>Shea Petranovic et al v. Casetagram Limited</u>

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz　　　　　　　　　　　　　　Not Present
Courtroom Clerk　　　　　　　　　　　　　　Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**　　**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present　　　　　　　　　　　　　　　　Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):　　ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　　Plaintiff is hereby ordered to show cause in writing by not later then **June 1, 2017** why this action should not be dismissed for lack of prosecution.

　　　The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

　　　Answer by the Defendant(s) or Plaintiff's request for entry of default;

　　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

　　　**IT IS SO ORDERED**.

Additionally, the Court strikes the previously issued order to show cause [#13] as issued in error.