AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court Central District; Western Division<br>350 West 1st Street<br>Los Angeles, CA 90012 | |
|---|---|---|
| DOCKET NO.<br>2:17-cv-01544 | DATE FILED<br>2/24/2017 | |
| PLAINTIFF<br>Shea Petranovic, an individual; Caroline Vreeland, an individual | | DEFENDANT<br>Casetagram Limited DBA Casetify, a Hong Kong limited liability company |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Pending | Best Friends | Shea Petranovic |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>9/1/17 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>7/17/19 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X  3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

MARK B. MIZRAHI (State Bar No. 179384)
   mmizrahi@wrslawyers.com
EDWARD E. WEIMAN (State Bar No. 193290)
   EWeiman@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Plaintiffs
Shea Petranovic and Caroline Vreeland

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shea Petranovic, an individual; Caroline Vreeland, an individual,<br><br>            Plaintiffs,<br><br>     vs.<br><br>Casetagram Limited DBA Casetify, a Hong Kong limited liability company; and DOES 1-10,<br><br>            Defendants. | Case No. 2:17-cv-01544-SJO-SK<br><br>[Hon. S. James Otero]<br><br>STIPULATION OF DISMISSAL<br><br><br><br>Date Filed:    February 24, 2017<br>Trial Date:     N/A |

IT IS HEREBY STIPULATED by and between Plaintiffs Shea Petranovic and Caroline Vreeland (collectively "Plaintiffs") and Defendant Casetagram Limited DBA Casetify ("Defendant"), by and through their counsel of record, that the above-captioned action is DISMISSED WITH PREJUDICE. The parties shall each bear their own costs, expenses, and fees incurred to date.

DATED: September 1, 2017

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: /s/ Edward E. Weiman
MARK B. MIZRAHI
EDWARD E. WEIMAN
Attorneys for Plaintiffs Shea Petranovic and Caroline Vreeland

DATED: September 1, 2017

BARTKO ZANKEL BUNZEL & MILLER
A Professional Corporation

By: /s/ Stephen C. Steinberg
STEPHEN C. STEINBERG
Attorneys for Defendant Casetagram Limited DBA Casetify

2791874.1

-2-
STIPULATION OF DISMISSAL